UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | | | |
|---|---|---|---|
| In Re: | | Case No.: | 17-32234 |
| ELLIOTT JR, JOSEPH O | | Chapter: | 7 |
| | | Judge: | CMG |

### NOTICE OF PROPOSED ABANDONMENT

<u>Thomas J. Orr</u>, <u>Chapter 7 Trustee</u> in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

> Address of the Clerk:
>
> Clarkson S. Fisher US Courthouse
> 402 East State Street
> Trenton, NJ 08608

If an objection is filed, a hearing will be held before the Honorable <u>Christine M. Gravelle</u> on <u>January 16, 2018</u> at <u>10:00</u> a.m. at the United States Bankruptcy Court, Courtroom no. 3. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

> Description and value of property:
>
> Real Estate at: 254 ELM AVENUE, BURLINGTON, NJ
> The debtor(s) inherited the property in 2006. The property is valued at $75,000 based upon a Comparative Market Analysis.

> Liens on property:
>
> BANK OF NY MELLON/SLS - $200,572

> Amount of equity claimed as exempt:
>
> NONE

Objections must be served on, and requests for additional information directed to:

| | |
|---|---|
| Name: | /s/Thomas J. Orr, Trustee |
| Address: | 321 High Street, Burlington, NJ 08016 |
| Phone number: | (609)386-8700 |

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                                     Case No. 17-32234-CMG
Joseph O Elliott, Jr                                                       Chapter 7
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 2          Date Rcvd: Dec 18, 2017
                              Form ID: pdf905          Total Noticed: 22

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 20, 2017.
```
db             +Joseph O Elliott, Jr,    254 Elm Avenue,    Burlington, NJ 08016-2504
517156423      +Bank of NY Mellon/SLS,    fka Bank of New York, As Trustee,    Attn: J. Anaya,
                 8742 Lucent Blvd., Ste 300,    Highlands Ranch, CO 80129-2386
517156428      +DSRM National Bank/Diamond Shamrock/Vale,    Pob 631,    Amarillo, TX 79105-0631
517156432     ++FIRST SAVINGS BANK,    PO BOX 5096,    SIOUX FALLS SD 57117-5096
                (address filed with court: First Savings Credit Card,    500 E 60th St N,
                 Sioux Falls, SD 57104)
517156433      +First Savings Credit Card,    Po Box 5019,    Sioux Falls, SD 57117-5019
517156434      +Fst Premier,    601 S Minnesota Ave,    Sioux Falls, SD 57104-4824
517156435       Fst Premier,    601 S Minneapolis Ave,    Sioux Falls, SD 57104
517156436      +Mid America Bank & T,    121 Continental Dr Ste 1,    Newark, DE 19713-4325
517156437      +Parker McCay,    9000 Midlantic Drive, Ste 300,    P.O. Box 5054,    Mount Laurel, NJ 08054-5054
517156438      +Rep/build,    Po Box 9203,    Old Bethpage, NY 11804-9003
517156439      +Specialized Loan Servicing,    8742 Lucent Blvd.,    Suite 300,    Highlands Ranch, CO 80129-2386
517156440     ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
                (address filed with court: Toyota Financial Services,    P.O. Box 8026,
                 Cedar Rapids, IA 52408-8026)
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Dec 18 2017 22:55:20     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 18 2017 22:55:17     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
517156425      +E-mail/Text: bkr@cardworks.com Dec 18 2017 22:54:44     Cardworks/CW Nexus,    Attn: Bankruptcy,
                 Po Box 9201,    Old Bethpage, NY 11804-9001
517156424      +E-mail/Text: bkr@cardworks.com Dec 18 2017 22:54:44     Cardworks/CW Nexus,    Po Box 9201,
                 Old Bethpage, NY 11804-9001
517156427      +E-mail/PDF: creditonebknotifications@resurgent.com Dec 18 2017 22:56:58     Credit One Bank Na,
                 Po Box 98873,    Las Vegas, NV 89193-8873
517156426      +E-mail/PDF: creditonebknotifications@resurgent.com Dec 18 2017 22:56:32     Credit One Bank Na,
                 Po Box 98875,    Las Vegas, NV 89193-8875
517156431      +E-mail/Text: bnc-bluestem@quantum3group.com Dec 18 2017 22:55:50     Fingerhut,
                 Bankruptcy Dept,    6250 Ridgewood Rd,    Saint Cloud, MN 56303-0820
517156430      +E-mail/Text: bnc-bluestem@quantum3group.com Dec 18 2017 22:55:50     Fingerhut,
                 6250 Ridgewood Rd,    Saint Cloud, MN 56303-0820
517156443      +E-mail/Text: bnc-bluestem@quantum3group.com Dec 18 2017 22:55:50     Webbank/Gettington,
                 215 S State St,    Ste 1000,    Salt Lake City, UT 84111-2336
517156442      +E-mail/Text: bnc-bluestem@quantum3group.com Dec 18 2017 22:55:50     Webbank/Gettington,
                 6250 Ridgewood Rd,    Saint Cloud, MN 56303-0820
                                                                                               TOTAL: 10
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517156429*     +DSRM National Bank/Diamond Shamrock/Vale,    Po Box 631,    Amarillo, TX 79105-0631
517156441*    ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
                (address filed with court: Toyota Motor Credit,    4 Gatehall Dr Ste 350,
                 Parsippany, NJ 07054)
                                                                                TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 20, 2017                              Signature:  /s/Joseph Speetjens

```
District/off: 0312-3          User: admin                Page 2 of 2              Date Rcvd: Dec 18, 2017
                              Form ID: pdf905            Total Noticed: 22
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 14, 2017 at the address(es) listed below:
            Denise E. Carlon    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New York,
             as Trustee for certificateholders of the CWABS, Inc., ASSET-BACKED CERTIFICATES, SERIES 2006-18
             dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
            Lee  Abt    on behalf of Debtor Joseph O Elliott, Jr leeabt2@verizon.net,
             r40016@notify.bestcase.com
            Rebecca Ann Solarz    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New York,
             as Trustee for certificateholders of the CWABS, Inc., ASSET-BACKED CERTIFICATES, SERIES 2006-18
             rsolarz@kmllawgroup.com
            Thomas  Orr     tom@torrlaw.com, Torr@ecf.epiqsystems.com
            Thomas  Orr    on behalf of Trustee Thomas  Orr tom@torrlaw.com, Torr@ecf.epiqsystems.com
            U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                            TOTAL: 6
```